## Commonwealth *v.* Taylor, Appellant.

758

Submitted September 12, 1975.
*Richard P. Hunter, Jr.*, and *Foglietta & Ziccardi*, for appellant; *Sandy L.V. Byrd, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.